**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Enoma Igbinovia, | Case No.: 2:22-cv-01383-JAD-EJY |
| Plaintiff | |
| v. | |
| William Hehn, et al., | **Order Adopting Report and Recommendation** |
| Defendants | [ECF Nos. 6] |

Pro se plaintiff Enoma Igbinovia brings suit against various police officers and caseworkers for the circumstances surrounding his arrest and conviction for robbery in 1997 and the conditions of his confinement while he was incarcerated for that offense.  The magistrate judge screened Igbinovia's complaint under 28 U.S.C. § 1915 and determined that one of his claims could proceed as pled, but recommended that another claim be dismissed with prejudice and yet another be dismissed with leave to amend.  The deadline for any party to object to that recommendation was May 23, 2023,[1] and no party filed anything or asked to extend the deadline to do so.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]  Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No.  6] is ADOPTED** in its entirety.  **This case proceeds on Igbinovia's Fourteenth Amendment claim against Las Vegas Metropolitan Police Officers Hehn, Sacra,**

---

[1] *See* ECF No. 9 (order extending objection deadline).

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

**Chaparian, and Berni**.  Igbinovia's Fourth Amendment claim against the Clark County District Attorney's Office and his defense counsel is **DISMISSED with prejudice**.

If Igbinovia wishes to replead his second, third, and fourth causes of action alleging violations of the Eighth Amendment based on the conditions of his confinement, **he may file an amended complaint by June 30, 2023**.  If he does not file an amended complaint, this case will proceed only on his Fourteenth Amendment claims against the police officers.

Igbinovia is advised that **any amended complaint that is filed with the court must be complete in itself without reference to prior filings**.  Any allegations, parties, or requests for relief from prior papers that are not carried forward and reasserted in the amended complaint will be deemed abandoned.  **So, if Igbinovia files an amended complaint, it must include his Fourteenth Amendment claim against the police officers, as well as any claims he wishes to replead in accordance with the magistrate judge's findings in her report and recommendation**.

_____
U.S. District Judge Jennifer A. Dorsey
May 30, 2023